UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TORETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONNELLEY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 1:20-cv-02667-GHW |

## NOTICE OF DEFENDANT DONNELLEY FINANCIAL SOLUTIONS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss, the Memorandum of Law in Support of Defendant Donnelley Financial Solutions, Inc.'s ("Donnelley") Motion to Dismiss, the annexed Declaration of Bridget Hughes, and the annexed Declaration of David T. Cohen and the exhibit attached thereto, Defendant Donnelley will move this Court, before the Honorable Judge Gregory H. Woods, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court, for an Order, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the Complaint in this action on the ground that Plaintiffs lack constitutional standing.

Dated: July 17, 2020

      Respectfully submitted,

      Orrick, Herrington & Sutcliffe LLP

  By:      /s/ Douglas H. Meal
            Douglas H. Meal

Douglas H. Meal
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone: (617) 880-1800
Email: dmeal@orrick.com

Michelle Visser (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94102
Telephone: (415) 773-5700
Email: mvisser@orrick.com

David T. Cohen
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: david.cohen@orrick.com

*Attorneys for Defendant*
Donnelley Financial Solutions, Inc.