```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
PHILLIP TORETTO, et al.,                  :
                              Plaintiffs,     :
                                                  :     1:20-cv-2667-GHW
                   -v -                                   :
                                                  :
DONNELLEY FINANCIAL SOLUTIONS, INC. :
& MEDIANT COMMUNICATIONS, INC.       :
                                                  :
                                      Defendants.   :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Defendants' request for leave to file motions to dismiss, Dkt. Nos. 82 and 86, are granted. The deadline for Defendant to file and serve their motions to dismiss is May 3, 2021. Plaintiff's oppositions are due within twenty-eight days after service of Defendants' motions; Defendants' replies, if any, are due within fourteen days after service of Plaintiff's oppositions. Defendants' motion to stay discovery pending the briefing and resolution of Defendants' motions is dismiss is granted.

        SO ORDERED.

Dated: April 1, 2021
New York, New York

                                                         _____
                                                           GREGORY H. WOODS
                                                      United States District Judge