## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TORETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONNELLY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC., <br><br> Defendants. | Case No. 1:20-cv-02667-GHW |

## NOTICE OF MEDIANT COMMUNICATIONS INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6).

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Mediant Communications Inc. will move this Court, before the Honorable Gregory Howard Woods, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) dismissing Plaintiffs' Second Amended Class Action Complaint, and granting such other relief as the Court may deem just and proper.

Dated: May 3, 2021                    Respectfully submitted,

                                      **BAKER HOSTETLER LLP**

                                      By:  _/s/ Casie D. Collignon_

                                      Casie D. Collignon, Esq.
                                      1801 California Street, Suite 4400
                                      Denver, CO 80202-2662
                                      Telephone: 303-861-0600
                                      Facsimile: 303-861-7805
                                      ccollignon@bakerlaw.com

                                      *Attorneys for Defendant Mediant Communications Inc.*