USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILLIP TORETTO, DANIEL C. KING, and :
SHERI BRAUN, individually and on behalf of all :
others similarly situated, :
 :
                                               Plaintiffs, :
         -against- :
 :
DONNELLEY FINANCIAL SOLUTIONS, INC. :
and MEDIANT COMMUNICATIONS, INC., :
 :
                                               Defendants. :
-----------------------------------------------------------------X

1:20-cv-2667-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       The Court held an initial pre-trial conference in this matter on March 31, 2021. Following the initial pre-trial conference, the Court granted Defendants' motion to stay discovery pending the resolution of Defendants' motions to dismiss. Dkt. No. 88. A case management plan has not yet been established in this case. On February 4, 2022, the Court granted Mediant's motion to dismiss in part and denied it in part and granted Donnelley's motion to dismiss in full. Dkt. No. 127.

       Having resolved the motions to dismiss, the Court will hold a status conference with respect to this matter by telephone on March 18, 2022 at 10:00 a.m. The parties are directed to submit a proposed case management plan as described in the Court's March 31, 2020 order no later than March 11, 2022. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

On February 4, 2022, the Court also granted Plaintiffs leave to replead the dismissed claims.

Any amended complaint must be filed no later than ten days from the date of this order.

SO ORDERED.

Dated: February 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge