# BakerHostetler

Baker&Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

April 14, 2022

**VIA ECF**

Hon. Gregory H. Woods
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pearl Street, Room 2260
New York, NY 10007

Re: *Phillip Toretto et al. v. Donnelley Financial Solutions, Inc. et al.; Case No. 1:20-cv-2667-GHW* Joint Letter as to Notice of Settlement and Stipulation to Set Deadlines for Preliminary Approval of Class Action Settlement

Dear Judge Woods:

On March 28, 2022, Plaintiffs Phillip Toretto, Daniel C. King, and Seri Braun ("Plaintiffs") and Defendant Mediant Communications, Inc. ("Mediant") (collectively, the "Parties") reached an agreement in principle to settle the class action *Toretto, et al. v. Mediant Communications, Inc., et al.*, No. 1:20-cv-02667 (S.D.N.Y.) (the "Action"), subject to the completion of settlement documentation and court approval. The Parties have executed a term sheet and are currently in the process of formalizing those terms in a settlement agreement. In light of the above, the Parties request that the Court issue an order (1) setting May 30, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action; and (2) vacate all other deadlines in this Action.

Respectfully submitted,

Casie D. Collignon