USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2022

**BakerHostetler**          **MEMORANDUM ENDORSED**

Baker & Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

April 14, 2022

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

**VIA ECF**

Hon. Gregory H. Woods
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pearl Street, Room 2260
New York, NY 10007

Re:   *Phillip Toretto et al. v. Donnelley Financial Solutions, Inc. et al.; Case No. 1:20-cv-2667-GHW* Joint Letter as to Notice of Settlement and Stipulation to Set Deadlines for Preliminary Approval of Class Action Settlement

Dear Judge Woods:

On March 28, 2022, Plaintiffs Phillip Toretto, Daniel C. King, and Seri Braun ("Plaintiffs") and Defendant Mediant Communications, Inc. ("Mediant") (collectively, the "Parties") reached an agreement in principle to settle the class action *Toretto, et al. v. Mediant Communications, Inc., et al.*, No. 1:20-cv-02667 (S.D.N.Y.) (the "Action"), subject to the completion of settlement documentation and court approval. The Parties have executed a term sheet and are currently in the process of formalizing those terms in a settlement agreement. In light of the above, the Parties request that the Court issue an order (1) setting May 30, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action; and (2) vacate all other deadlines in this Action.

Respectfully submitted,

*/s/ Casie*

Casie D. Collignon

Application granted. The deadline for Plaintiffs to file a motion for preliminary approval of the class action settlement is May 30, 2022.

SO ORDERED.

Dated: April 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*