UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TORRETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONNELLEY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 1:20-cv-02667-GHW |

### NOTICE OF MOTION TO WITHDRAW AS COUNEL

**PLEASE TAKE NOTICE**, that upon the accompanying declaration of Casie D. Collignon, dated April 15, 2022, Defendant Mediant Communications, Inc., ("Mediant') hereby moves this Court before the Honorable Gregory H. Woods, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting the withdrawal of Matthew C. Baisley as counsel for Mediant in the above-captioned action.

Dated: April 15, 2022

/s/ *Casie D. Collignon*

Casie D. Collignon, Esq.
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303-861-0600
Facsimile: 303-861-7805
ccollignon@bakerlaw.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP TORRETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

DONNELLEY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC.,

        Defendants.

Case No. 1:20-cv-02667-GHW

# DECLARATION OF CASIE D. COLLIGNON IN SUPPORT OF MOTION FOR LEAVE FOR MATTHEW BAISLEY TO WITHDRAW AS COUNSEL

I, Casie D. Collignon, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with the law firm of BakerHostetler LLP ("BakerHostetler"). I submit this declaration in support of the motion to withdraw Matthew C. Baisley as counsel of record for Defendant, Mediant Communications, Inc. "(Mediant").

2. The reason for this withdrawal is that, as of January 10, 2022, Matthew C. Baisley ended his employment with BakerHostetler.

3. On February 4, 2022, the Court entered its Memorandum Opinion and Order granting in part and denying in part Mediant's motion to dismiss and granting in full Defendant Donnelley Financial Solutions, Inc.'s motion to dismiss.

4. The Court, by Order, granted Plaintiffs leave to replead the dismissed claims by no later than February 28, 2022.

5. On April 15, 2022 the Court, by Order, granted the Parties Stipulation to Set Deadlines for Preliminary Approval of Class Action Settlement, setting May 30, 2022 as Plaintiffs' deadline to file their motion for Preliminary Approval of Class Action Settlement.

6. Matthew C. Baisley is not asserting a retaining or charging lien in connection with this action.

7. Mediant will continue to be represented in this action by Casie D. Collignon of BakerHostetler.

8. Accordingly, Matthew C. Baisley's withdrawal will not cause or result in any delay or prejudice given the ongoing representation of Mediant by Casie D. Collignon.

I declare under Penalty of Perjury that the foregoing is true and correct.

Dated: April 15, 2022

*/s/ Casie D. Collignon*
Casie D. Collignon, Esq.
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303-861-0600
Facsimile: 303-861-7805
ccollignon@bakerlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Casie D. Collignon, certify as follows:

On April 15, 2022, I caused the foregoing Motion to Withdraw as Counsel to be served on William Lauricella of Defendant Mediant Communications, Inc., via email at the following address: wlauricella@mediantonline.com.

On April 15, 2022, I also caused the foregoing Motion to Withdraw as Counsel to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to counsel of record in the case.

I certify under penalty of perjury that the foregoing is true and correct.


Executed on this day, April 15, 2022.


                                                              */s/ Casie D. Collignon*