```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2022
```

**BakerHostetler**                     **MEMORANDUM ENDORSED**

Baker & Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado  80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

May 13, 2022

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

**VIA ECF**

Hon. Gregory H. Woods
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pearl Street, Room 2260
New York, NY 10007

Re:   *Phillip Toretto et al. v. Donnelley Financial Solutions, Inc. et al.*; Case No. 1:20-cv-2667-GHW

Dear Judge Woods:

On April 15, 2022, this Court entered an order granting the Parties' joint request (1) setting May 30, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action; and (2) vacating all other deadlines in this Action. Counsel for Defendant Mediant Communications Inc., writing jointly with Plaintiffs' counsel, states that the Parties are continuing to diligently work to finalize the settlement agreement and notices for class administration for approval by this Court. Due to the Parties need to coordinate the notice forms and settlement agreement with the settlement administrator and notice expert, the Parties respectfully request a brief extension of time to file Plaintiffs' Motion for Preliminary Approval of Class Action.

In light of the foregoing, the Parties respectfully request that the Court issue an order extending the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action by two (2) weeks, up to and including, June 13, 2022.

Respectfully submitted,

Application granted.  The deadline for Plaintiffs to file a motion for preliminary approval of the class action settlement is extended to June 13, 2022.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 137.

*/s/ Casie D. Collignon*
Cassie D. Collignon

SO ORDERED.

Dated:  May 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge