# BakerHostetler

Baker&Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

June 10, 2022

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

**VIA ECF**

Hon. Gregory H. Woods
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pearl Street, Room 2260
New York, NY 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/11/2022 |

Re:   *Phillip Toretto et al. v. Donnelley Financial Solutions, Inc. et al.*;
       Case No. 1:20-cv-2667-GHW (amended to include attorney signature)

**MEMORANDUM ENDORSED**

Dear Judge Woods:

On April 15, 2022, this Court entered an order granting the Parties' joint request (1) setting May 30, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action; and (2) vacating all other deadlines in this Action. On May 14, 2022, this Court entered an order granting the Parties' joint request for an extension of time for Plaintiffs to file their Motion for Preliminary Approval of Class Action to June 13, 2022.

Counsel for Defendant Mediant Communications Inc., writing jointly with Plaintiffs' counsel, states that the Parties are continuing to work diligently to finalize the settlement agreement and required notices for class administration for approval by this Court. The Parties are also continuing to coordinate the notice forms, settlement agreement, and credit monitoring administration with the settlement administrator, credit monitoring administrator, and the notice expert. Thus, the Parties respectfully request a second brief extension of time to file Plaintiffs' Motion for Preliminary Approval of Class Action.

In light of the foregoing, the Parties respectfully request that the Court issue an order extending the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action by four (4) days, up to and including, June 17, 2022.

Respectfully submitted,

*/s/ Casie Collignon*

Casie D. Collignon

Application granted. The deadline for Plaintiffs to file a motion for preliminary approval of the class action settlement is extended to June 17, 2022. The Clerk of Court is directed to terminate the motion pending at Dkt. Nos. 141 and 142.

SO ORDERED.

Dated:  June 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*