UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TORETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONNELLEY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC.,<br><br>        Defendants. | Case No. 1:20-cv-02667-GHW |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO RULE 23(e)**

Plaintiffs Phillip Toretto, Daniel C. King, and Sheri Braun respectfully submit this motion for an order entering preliminary approval of a proposed class action settlement and directing notice of the settlement to the proposed settlement class pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by defendant Mediant.

In support of this Motion, Plaintiffs submit herewith the Parties' Settlement Agreement and accompanying exhibits as Exhibit 1; a supporting Memorandum of Law; the Declaration of Class Counsel; the Declaration of Cameron R. Azari in Support of Notice and Administration; and a Proposed Order for the Court's consideration.

Date: June 17, 2022

Respectfully submitted,

/s/ *J. Austin Moore*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice* )
Lindsay Todd Perkins (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
perkins@stuevesiegel.com

John A. Yanchunis (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
jyanchunis@forthepeople.com

Elaine A. Ryan (*pro hac vice*)
**AUER RYAN PC**
**20987 N. John Wayne Parkway, B104-374**
**Maricopa, AZ 85139**
Tel: 520-705-7332
eryan@auer-ryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

*/s/ J. Austin Moore*