UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TORETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONNELLEY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC.,<br><br>   Defendants. | Case No. 1:20-cv-02667-GHW |

## CLASS COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND FOR PLAINTIFF SERVICE AWARDS

Class Counsel respectfully submit this motion for an order awarding them $700,000 in attorneys' fees and expenses and for service awards of $2,500 for each of the three named Plaintiffs. This motion is not opposed by defendant Mediant.

In support of this Motion, Class Counsel submit a supporting Memorandum of Law and a Declaration of Class Counsel.

Date: September 12, 2022

Respectfully submitted,

/s/ *J. Austin Moore*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice* )
Lindsay Todd Perkins (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
perkins@stuevesiegel.com

John A. Yanchunis (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
jyanchunis@forthepeople.com

Elaine A. Ryan (*pro hac vice*)
**AUER RYAN PC**
**20987 N. John Wayne Parkway, B104-374**
**Maricopa, AZ 85139**
Tel: 520-705-7332
eryan@auer-ryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

*/s/ J. Austin Moore*