UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TORRETTO, DANIEL C. KING, and SHERI BRAUN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DONNELLEY FINANCIAL SOLUTIONS, INC. and MEDIANT COMMUNICATIONS, INC., individually and as general partners,<br><br>　　　　　Defendants. | Case No. 1:20-cv-02667-GHW |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and consistent with its Order Certifying Class, Approving Settlement, and Awarding Attorneys' Fees and Service Awards, this Court enters final judgment on and hereby dismisses the above-captioned Action and the Released Claims (as defined in the Settlement) on the merits and with prejudice, and without costs to any parties as against any other settling party, except as provided in the Settlement Agreement and herein.

This Court retains jurisdiction over this action and the parties to administer, supervise, interpret and enforce the Settlement Agreement and this Order.

The Clerk of Court is directed to terminate all pending motions and to close this case.

**IT IS SO ORDERED.**

Entered this 5 day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Gregory H. Woods
　　　　　　　　　　　　　　　　　　　　　United States District Judge